**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00550-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

    Plaintiff,

v.

RECOMMENDED READING, INC., a Delaware corporation;
CHRISTOPHER McGILL, an individual;
NATHANIEL COLLINSWORTH, an individual; and
DAVID SULLIVAN, an individual,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE**

Plaintiff, RIGHTHAVEN LLC ("Righthaven") filed a Complaint (Docket No.: 1) on March 4, 2011, for copyright infringement against Defendants RECOMMENDED READING, INC., CHRISTOPHER McGILL, NATHANIEL COLLINSWORTH, AND DAVID SULLIVAN (hereinafter "Defendants"). Righthaven and Defendants have agreed to settle the matter by a written agreement. No responsive pleadings having been filed by Defendants, and no trial date having been set by this Court, the above entitled action is hereby voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this 10th day of May, 2011.

    By: /s/ Steven G. Ganim
    STEVEN G. GANIM, ESQ.
    Righthaven LLC
    9960 West Cheyenne Avenue, Suite 210
    Las Vegas, Nevada 89129-7701
    Tel: (702) 527-5900
    Fax: (702) 527-5909
    sganim@righthaven.com
    *Attorney for Plaintiff Righthaven LLC*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 10th day of May, 2011, I caused **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Steven G. Ganim
STEVEN G. GANIM, ESQ.
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909
sganim@righthaven.com

SHAWN A. MANGANO, ESQ.
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas. Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851
shawn@manganolaw.com

*Attorneys for Plaintiff Righthaven LLC*